UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE THEODORE KING and GARY LA BARBERA,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

                Plaintiffs,

-against-

RECINE MATERIALS CORP.,
                Defendant.
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 9 2005 ★
P.M.
TIME A.M.
Index # CV-05-1656 (CBA)

**JUDGMENT AND PERMANENT INJUNCTION**

       This action having been commenced on March 31, 2005, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant RECINE MATERIALS CORP., by service upon the Secretary of State on April 4, 2005, and Defendant having failed to appear and answer and Defendant being in default, and Defendant not being an infant, incompetent or in the military of the United States,

       NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

       ORDERED, ADJUDGED AND DECREED that Plaintiffs THEODORE KING and GARY LA BARBERA, as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendant RECINE MATERIALS CORP., in the amount of $54,375.87, plus costs and disbursements in the sum of $325.00, totaling $54,700.87, and that Plaintiffs have execution therefore, and it is further,

       ORDERED, ADJUDGED AND DECREED, that Defendant and its agents, directors, officers, successors, heirs and assigns, shall not, for so long as they remain obligated to

contribute to the Plaintiff FUNDS, fail, refuse or neglect to submit required contribution reports and payments in accordance with the rules of the Fund, and it is further,

ORDERED, ADJUGDGED AND DECREED, that Defendant's obligation pursuant to this injunction shall remain in force and effect as long as they are signatory to a Collective Bargaining Agreement with Local 282 I.B. of T. and/or are obligated to pay contributions to the Plaintiffs herein pursuant to a Collective Bargaining Agreement, Declaration of Trust or any other obligation to contribute to Plaintiff FUNDS.

Dated: Brooklyn, New York
June 6, 2005

SO ORDERED AND ADJUDGED

/S/
CAROL B. AMON - U.S.D.J.